

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00594-CV

Mary **MATTHEWS**,
Appellant

v.

**OLD RIVER ROAD RV RESORT, LLC,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief is due to be filed with this court on October 8, 2018. Before the brief was due, Appellant filed an unopposed first motion for a thirty-day extension of time to file Appellant's brief until November 7, 2018.

Appellant's motion is GRANTED. Appellant's brief is due on November 7, 2018. *See* TEX. R. APP. P. 38.6(d).

_Patricia O. Alvarez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_KEITH E. HOTTLE,_
Clerk of Court